IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:14-MJ-1169-KS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CLARENCE E. DOWNING, | ) | |
| Defendant. | ) | |

    This matter is before the court upon Defendant's arrest pursuant to a bench warrant issued by the Superior Court of the District of Columbia. On February 17, 1987, Defendant was found not guilty by reason of insanity of Assault with Intent to Kill while Armed in the Superior Court of the District of Columbia. Following a hearing, Defendant was committed to Saint Elizabeth's Hospital for an indeterminate period of time. On June 8, 2012, an order was entered, with Defendant's consent, by the Superior Court of the District of Columbia releasing Defendant from Saint Elizabeth's Hospital on certain conditions. The conditional release order provided, in part, that Defendant would be returned to inpatient care at Saint Elizabeth's Hospital in the event he were to violate the conditions of release.

    On September 24, 2014, an order was entered by the Superior Court of the District of Columbia for the return of Defendant to Saint Elizabeth's Hospital as an escaped mental patient upon findings that Defendant had failed to comply with the conditions of release by failing to appear for scheduled appointments with his treatment providers at Port Human Services in

Hertford, North Carolina, to receive his regular medication injections. Thereafter, a bench warrant was issued for Defendant's arrest on September 26, 2014.

Pursuant to the bench warrant and order of return entered by the Superior Court of the District of Columbia, the court ORDERS that the United States Marshal transport Defendant to the District of Columbia and deliver Defendant to an officer duly authorized to receive him and return him to Saint Elizabeth's Hospital. The Marshal or such other duly authorized officer in the charging district shall immediately notify the United States Attorney and the Clerk of Court of the Superior Court of the District of Columbia of Defendant's arrival so that any appropriate proceedings may be scheduled. The clerk shall serve a copy of this order on the United States Attorney, the Federal Public Defender, and J. Patrick Anthony, PO Box 11255, Takoma Park, Maryland 20913, Defendant's attorney in the District of Columbia proceedings.

This 8th day of October 2014.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge